IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EHAB SEFEN, ex rel United States | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 10-2971 |
| | : | |
| ANIMAS CORPORATION, ET AL. | : | |

## ORDER

AND NOW, this   13th   day of   June  , 2014, upon consideration of Defendants' Motion to Dismiss (ECF No. 24)  and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED** as to Count II **WITH PREJUDICE**.

   IT IS SO ORDERED.

                                                                  BY THE COURT:

                                                                  _____
                                                                  **R. BARCLAY SURRICK, J.**